IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
MUSLIM ADVOCATES, AMERICANS    )
UNITED FOR SEPARATION OF            )
CHURCH AND STATE, and                )
SOUTHERN POVERTY LAW CENTER,  )
                                                      )
        Plaintiffs,                       )
                                                      )
             v.                              )     No. 1:17-cv-02080-TSC
                                                     )
U.S. DEPARTMENT OF STATE,          )     Hon. Tanya S. Chutkan
U.S. DEPARTMENT OF HOMELAND    )
SECURITY, and                          )
U.S. CUSTOMS AND BORDER            )
PROTECTION,                                )
                                                     )
        Defendants.                    )
_____)

**THIRD JOINT STATUS REPORT**

       The parties respectfully submit this Third Joint Status Report pursuant to the Court's order of April 20, 2018. The parties report as follows:

       1.      Plaintiffs initiated this action under the Freedom of Information Act ("FOIA") on October 5, 2017. (ECF No. 1). The complaint alleges that this action involves FOIA requests dated June 27, 2017, and submitted to the United States Department of State ("DOS"), United States Department of Homeland Security ("DHS"), and United States Customs and Border Protection ("CBP") (collectively, "Defendants"). Defendants answered the complaint on January 26, 2018. (ECF No. 8). The parties filed a joint status report on February 20, 2018, (ECF No. 11), and a second joint status report on April 15, 2018 (ECF No. 12).

2. Defendants have concluded their searches for records that are potentially responsive to Plaintiffs' FOIA requests. Consistent with the timelines set forth in the first and second joint status reports, Defendants released responsive, non-exempt records to Plaintiffs on a rolling basis, with a first production on March 23, 2018; a second production on April 30; and a third production on May 31.

3. Defendants are still reviewing the results of their searches and will need additional time to determine the total number of documents that are responsive to Plaintiffs' FOIA requests. Defendants thus are unable to estimate the dates on which they will be able to complete their production of responsive, non-exempt records to Plaintiffs. However, based on the results of their reviews to date, Defendants anticipate that they can continue to release responsive, non-exempt records to Plaintiff on a rolling basis, with a fourth production to occur by July 13, 2018, and a fifth production to occur by August 10.

4. The parties propose that they file with the Court a Fourth Joint Status Report on August 14, 2018, in which Defendants will provide the Court with an update on the status of Defendants' processing of Plaintiffs' FOIA requests, and the parties will provide further information responsive to the Court's January 27 Order.

Dated: June 3, 2018                                          Respectfully submitted,

/s/ David J. Weiner
David J. Weiner (D.C. Bar # 499806)
Charles A. Blanchard (D.C. Bar # 1022256)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
david.weiner@apks.com
charles.blanchard@apks.com

Emily Newhouse Dillingham
ARNOLD & PORTER
  KAYE SCHOLER LLP
70 West Madison Street
Chicago, IL 60602
(312) 583-2300
(312) 583-2360 (fax)
emily.dillingham@apks.com

Andrew D. Bergman (D.D.C. Bar # TX0147)
ARNOLD & PORTER
  KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002
(713) 576-2400
(713) 576-2499 (fax)
andrew.bergman@apks.com

Johnathan Smith (D.C. Bar # 1029373)
Sirine Shebaya (D.C. Bar # 1019748)
MUSLIM ADVOCATES
P.O. Box 66408
Washington, DC 20035
(202) 897-2622
johnathan@muslimadvocates.org
sirine@muslimadvocates.org

Richard B. Katskee (D.C. Bar # 474250)
AMERICANS UNITED FOR
  SEPARATION OF CHURCH AND
  STATE
1310 L Street, NW, Suite 200
Washington, DC 20005
(202) 466-3234
(202) 466-3353 (fax)
katskee@au.org

*Counsel for Plaintiffs*


CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ *Deepthy Kishore*
DEEPTHY KISHORE
Trial Attorney (IL Bar No. 6306338)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Telephone: (202) 616-4448
Fax: (202) 616-8470
deepthy.c.kishore@usdoj.gov

*Counsel for Defendants*